669 A.2d 929

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant,**

**v.**

**William A. PAUL.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 1995.

Decided Dec. 29, 1995.

Timothy P. Wile, Harold H. Cramer, John L. Heaton, for D.O.T.

Peter C. Paul, for William A. Paul.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY and CASTILLE, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.